IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *T.C. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02109-CRB *A.D. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02111-CRB *A.W. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02401-CRB *T.B. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02678-CRB *A.G.L. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02931-CRB *S.D. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-03547-CRB *T.W. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04414-CRB *A.G. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04802-CRB *T.L. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04878-CRB | MDL No. 3084 **ORDER DENYING MOTIONS TO WITHDRAW AS ATTORNEY** Re: Dkt. Nos. 3750, 3753, 3754, 3756, 3891 |

*Doe NLG (B.H.) v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-00369-CRB

*Doe NLG (J.V.) v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-08622-CRB

*Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-01079-CRB

*Jane Doe LS 333 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05930-CRB

*Jane Doe LS 397 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05864-CRB

For the same reasons as detailed in the Court's August 26, 2025 Order, see dkt. 3759, the Motions to Withdraw as Attorney in the above-captioned cases are denied without prejudice pending resolution of the Court's Orders to Show Cause regarding plaintiffs' submission of non-bona fide receipts, see dkt. 3876; dkt. 3972.

**IT IS SO ORDERED.**

Dated: September 22, 2025

CHARLES R. BREYER
United States District Judge